UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RANDY PITTMAN | CIVIL ACTION |
| VERSUS | NO. 17-9191 |
| SGT. DILLWORTH, ET AL. | SECTION "R" (1) |

## ORDER

Plaintiff Randy Pittman filed this *pro se* complaint under 42 U.S.C. § 1983.[1] Having reviewed *de novo* the complaint, the record, the Magistrate Judge's Report and Recommendation,[2] and plaintiff's objections,[3] the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Plaintiff objects that he had only a telephone conference with the Magistrate Judge to present the facts of his case.[4] On November 2, 2017, the Magistrate Judge held a *Spears* hearing by telephone to provide plaintiff an opportunity to explain the factual basis of his claims.[5] *See Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1989). Plaintiff offers no specific reason to believe that this hearing was inadequate, nor does he dispute the Report and

---

[1] R. Doc. 1.
[2] R. Doc. 8.
[3] R. Doc. 9 at 1.
[4] *Id.* at 1.
[5] R. Doc. 6; R. Doc. 8 at 1.

Recommendation's presentation of the facts. Plaintiff further objects that the Magistrate Judge recommended that his case be dismissed before he could hire an attorney.[6] But plaintiff does not explain why he was unable to secure counsel before the Report and Recommendation was issued, nor does he indicate any specific plan to retain counsel in the future.

For the reasons explained by the Magistrate Judge, plaintiff fails to allege a constitutional violation and his complaint is without arguable merit. Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this __29th__ day of January, 2018.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[6] R. Doc. 9 at 1.